TOWNSEND AND TOWNSEND AND CREW LLP
GREGORY S. GILCHRIST (SBN 111536)
RAQUEL PACHECO (SBN 245328)
Two Embarcadero Center, 8th Floor
San Francisco, California 94111
Telephone: (415) 576-0200
Facsimile: (415) 576-0300
Email: gsgilchrist@townsend.com, rpacheco@townsend.com

KAREN B. KING (SBN 167568)
501 West Broadway, Suite 2020
San Diego, California 92101
Telephone: (619) 702-2301
Facsimile: (619) 702-2401
Email: KKing@badboy.com

Attorneys for Plaintiff
PLATYPUS WEAR, INC.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PLATYPUS WEAR, INC., a Nevada corporation,<br><br>          Plaintiff,<br><br>    v.<br><br>BAD BOYS BAIL BONDS, INC., a California corporation,<br><br>          Defendant. | Case No. C 07 4628 EDL<br><br>**CERTIFICATION OF INTERESTED ENTITIES OR PERSONS** |

Pursuant to Civil L.R. 3-16, the undersigned certifies that as of this date, other than the named parties, there is no such interest to report.

DATED: September 7, 2007

Respectfully submitted,

By: _____
Gregory S. Gilchrist
TOWNSEND AND TOWNSEND AND CREW LLP
Two Embarcadero Center, Eighth Floor
San Francisco, California 94111
Telephone: (415) 576-0200
Facsimile: (415) 576-0300

Attorneys for Plaintiff
PLATYPUS WEAR, INC.

61147324 v1