GREGORY S. GILCHRIST, (SBN 111536)
TOWNSEND AND TOWNSEND AND CREW LLP
TWO EMBARCADERO CENTER, EIGHTH FLOOR
SAN FRANCISCO, CA  94111

Attorneys for:  Plaintiff

UNITED STATES DISTRICT COURT FOR THE NORTHERN
DISTRICT OF CALIFORNIA

Platypus Wear, Inc., a Nevada corporation,

v.

Bad Boys Bail Bonds, Inc., a California corporation

| Invoice No. | **PROOF OF SERVICE** | Case No.  C 07 4628 EDL |
|---|---|---|

1.    I served copies of the:

    a.    Summons in Civil Case; Civil Cover Sheet; Complaint for: (1) Copyright Infringement; (2) Trademark Infringement; (3) Unfair Competition; Certification of Interested Entities or Persons; Order Setting Initial Case Management Conference and ADR Deadlines; Standing Order Magistrate Judge Elizabeth D. Laporte; Form Standing Order Re Case Management Conference; Form Standing Order for all Judges of the Northern District of California; Contents of Joint Case Management Statement; Public Notice; ECF Registration Information Handout; U.S. District Court Guidelines; Notice of Assignment of Case to a U.S. Magistrate Judge For Trial; Form Consent to Proceed Before a U.S. Magistrate Judge; Form Declination to Proceed Before a Magistrate Judge and Request for Reassignment to a United States District Judge; ADR Booklet: Dispute Resolution Procedures in the Northern District of California; Report on the Filing or Determination of an Action or Appeal Regarding a Copyright; and Report on the Filing or Determination of an Action Regarding a Patent or Trademark

    b.    by serving: ___ Defendant    X  Other (name and title or relationship to person served):
    BING XU, CONTROLLER, AUTHORIZED TO ACCEPT SERVICE ON BEHALF OF BAD BOYS BAIL BONDS, INC.,.

    c.    _X_ by delivery    ____ at home    _X_ at business

        (1)    date: SEPTEMBER 25, 2007

        (2)    time: 11:30 A.M.

        (3)    address: 1299 NORTH FIRST STREET, SAN JOSE, CA 95112

        (4)    Manner of service:  PERSONAL SERVICE

2.    At the time of service, I was at least 18 years of age and not a party to this action.

3.    Witness Fees: Not demanded or paid

4.    Person serving:  JAMES KLINE

    a.    Fee for service:

    b.    Registered California Process Server Registration No. 631

    c.    County:  SAN FRANCISCO

    d.    Expires:

5.    I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

DATED:  September 25, 2007

_James Kline_
JAMES KLINE

TOSHI'S LEGAL CONNECTION  3701 Sacramento Street, #269, San Francisco, CA  94118 (415) 722-8715