UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

PLATYPUS WEAR, INC.

    Plaintiff,

    v.

BAD BOYS BAIL BONDS, INC.

    Defendant.
_____/

No. C 07-04628 EDL

CLERK'S NOTICE

TO ALL PARTIES AND COUNSEL OF RECORD:

YOU ARE NOTIFIED THAT the Initial Case Management Conference scheduled for December 11, 2007 will be held at **10:00 a.m.** before Magistrate Judge Laporte in Courtroom E, 15th Floor, 450 Golden Gate Avenue, San Francisco.

Dated: December 5, 2007

FOR THE COURT,
Richard W. Wieking, Clerk

by: _____
    Lili M. Harrell
    Courtroom Deputy