1  TOWNSEND AND TOWNSEND AND CREW LLP
   GREGORY S. GILCHRIST (Bar # 111536)
2  RAQUEL PACHECO (Bar # 245328)
   Two Embarcadero Center, 8th Floor
3  San Francisco, California  94111
   Telephone:  (415) 576-0200
4  Facsimile:  (415) 576-0300
   Email:  gsgilchrist@townsend.com, R1P@townsend.com
5
   KAREN B. KING (Bar # 167568)
6  501 West Broadway, Suite 2020
   San Diego, California  92101
7  Telephone:  (619) 702-2301
   Facsimile:  (619) 702-2401
8
   Attorneys for Plaintiff
9  PLATYPUS WEAR, INC.

10

11                    UNITED STATES DISTRICT COURT

12                FOR THE NORTHERN DISTRICT OF CALIFORNIA

13

14  PLATYPUS WEAR, INC., a Nevada          Case No. C 07-cv-04628 EDL
    corporation,
15                                         **STIPULATION AND [PROPOSED]
                   Plaintiff,              ORDER CONTINUING CASE
16                                         MANAGEMENT CONFERENCE**
           v.
17                                         CMC DATE:  Dec. 11, 2007
    BAD BOYS BAIL BONDS, INC., a California   CMC TIME:    10:00 a.m.
18  corporation,

19                 Defendant.

20

21

22         The Court has set this matter for a Case Management Conference on December 11, 2007, at

23  10:00 a.m.  In light of ongoing discussions between the parties about how best to proceed with the

24  lawsuit and due to the unavailability of out of town counsel for the currently scheduled date, the

25  parties hereby request that the conference be continued until January 15, 2008, or

26  ///

27  ///

28  ///

1  when convenient for the Court.

3  DATED: December 5, 2007              Respectfully submitted,

5                                       By:  */s/ Gregory S. Gilchrist*
                                             Gregory S. Gilchrist
6                                            TOWNSEND AND TOWNSEND AND CREW LLP

7                                            Attorneys for Plaintiff
                                             PLATYPUS WEAR, INC.

9  DATED: December 5, 2007              By:  */s/ Jeffrey M. Cohon*
10                                            Jeffrey M. Cohon
                                             COHON & POLLAK, LLP

12                                           Attorneys for Defendant
                                             BAD BOYS BAIL BONDS, INC.

15                            **[PROPOSED] ORDER**

16    GOOD CAUSE APPEARING THEREFOR, it is hereby ordered that the parties' stipulated request to continue the Case Management Conference is granted. The Case Management Conference is hereby scheduled for January 15, 2008, at 10:00 a.m.

20  DATED: _____     _____
                                  Magistrate Judge Elizabeth D. Laporte

22  61226159 v1