JEFFREY M. COHON, ESQ. (CSBN 131431) a member of
jcohon@cohonpollak.com
**COHON & POLLAK, LLP**
1999 Avenue of the Stars, Suite 1100
Los Angeles, California 90067
Tel:    (310) 231-4470
Fax:   (310) 231-4610

Attorneys for Defendant
BAD BOYS BAIL BONDS, INC.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PLATYPUS WEAR, INC., a Nevada corporation,<br><br>    Plaintiff,<br><br> vs.<br><br>BAD BOYS BAIL BONDS, INC., a California corporation,<br><br>    Defendant. | CASE NO. 07-cv-04628-EDL<br><br>**CERTIFICATION OF INTERESTED ENTITIES OR PERSONS** |

TO THE HONORABLE COURT AND TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:

  Pursuant to Civil L.R. 3-16, the undersigned certifies that as of this date, other than the named parties, there is no such interest to report.

DATED:  January 7, 2008    COHON & POLLAK, LLP


              By: s/Jeffrey M. Cohon
                JEFFREY M. COHON
                Attorneys for Defendant
                BAD BOYS BAIL BONDS, INC.

**CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**

<u>PROOF OF SERVICE</u>

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the county of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is 1999 Avenue of the Stars, Suite 1100, Los Angeles, California 90067.

On January 7, 2008, I served the foregoing document described as CERTIFICATION OF INTERESTED ENTITIES OR PARTIES on the interested parties in this action:

___ by placing the true copies thereof enclosed in sealed envelopes addressed as stated on the attached mailing list:

<u>x</u>  by placing   the original <u>x</u> a true copy thereof enclosed in sealed envelopes addressed as follows:

Gregory S. Gilchrist, Esq.
Raquel Pacheco, Esq.
Townsend and Townsend and Crew LLP
Two Embarcadero Center, 8th Floor
San Francisco, CA 94111

Karen B. King, Esq.
501 West Broadway, Suite 2020
San Diego, CA 92101

<u>x</u>      BY MAIL

___    I deposited such envelope in the mail at Los Angeles, California

<u>x</u>     As follows: I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. postal service on that same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

<u>X</u>     The foregoing document was electronically served through the ECF system of the United States District Court for the Southern District of California.

Executed on January 7, 2008, at Los Angeles, California.

__(State)       I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

<u>x</u> (Federal)    I declare that I am a member of the bar of this Court.

    Jeffrey M. Cohon                    s/Jeffrey M. Cohon

2

**CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**

Cohon & Pollak, LLP