In the United States District Court
for the Northern District of California
Magistrate Judge Elizabeth D. Laporte

**CIVIL MINUTES**

Date:   January 15, 2008

Case No:  **C- 07-04628 EDL**

Case Name: **PLATYPUS WEAR INC. v. BAD BOYS BAIL BONDS INC.**

|  |  |  |  |
|---|---|---|---|
| Attorneys: | Pltf: Greg Gilchrist | Deft: | No appearance |
| Deputy Clerk: | Lili M. Harrell | FTR digital recording: | 3:56pm-4:02pm |

**PROCEEDINGS:**                                             **RULING:**

1. Initial Case Management Conference                    Held

2.


**ORDERED AFTER HEARING:** Case is referred to the Court's ADR Program for mediation.

**Order to be prepared by:**  [] Plntf  [] Deft  [X]  Court

**Case continued to:** 6/17/08 at 10:00am for further case management conference.


**PRETRIAL SCHEDULE:**

Last day to add new parties: 3/14/08
Discovery cutoff: 7/3/08
Initial expert disclosure deadline: 7/28/08
Rebuttal expert disclosure deadline: 8/15/08
Expert discovery cutoff: 8/29/08
Dispositive Motion filing deadline: 8/12/08
Dispositive Motions hearing date: 9/16/08
Pretrial Conference:   11/25/08
Trial: 12/15/08  at 8:30 a.m., set for 4 days.
        [X] Jury  [ ]  Court

Notes: Court attempted to contact defense counsel.

cc:  ADR