# UNITED STATES DISTRICT COURT

### Northern District of California

| | |
|---|---|
| Platypus Wear, Inc., <br><br>             Plaintiff(s), <br><br>     v. <br><br> Bad Boys Bail Bonds, Inc., <br><br>             Defendant(s). | 07-04628 EDL MED <br><br> **Notice Vacating Appointment of Mediator** |

TO COUNSEL OF RECORD:

   The appointment of David T. Alexander to serve as the Mediator in this matter is vacated. The ADR Unit will appoint another Mediator to this matter as soon as possible.

Dated: April 2, 2008

                              RICHARD W. WIEKING
                              Clerk
                              by:    Claudia M. Forehand

                              _____
                              ADR Case Administrator
                              415-522-2059
                              Claudia_Forehand@cand.uscourts.gov

**Notice Vacating Appointment of Mediator**
07-04628 EDL MED