1   TOWNSEND AND TOWNSEND AND CREW LLP
    GREGORY S. GILCHRIST (State Bar No. 111536)
2   MEGAN M. CHUNG (State Bar No. 232044)
    Two Embarcadero Center, 8th Floor
3   San Francisco, California 94111
    Telephone: 415.576.0200
4   Facsimile: 415.576.0300
    Email: gsgilchrist@townsend.com; mmchung@townsend.com
5
    KAREN B. KING (State Bar No. 167568)
6   501 West Broadway, Suite 2020
    San Diego, California 92101
7   Telephone: 619.702.2301
    Facsimile: 619.702.2401
8   Email: KKing@badboy.com

9   Attorneys for Plaintiff
    PLATYPUS WEAR, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| PLATYPUS WEAR, INC., a Nevada corporation,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>BAD BOYS BAIL BONDS, INC., a California corporation,<br><br>　　　　　Defendant. | Case No.   C 07 4628 EDL<br><br>**STIPULATED APPLICATION TO CONTINUE ADR CONFERENCE AND CASE MANAGEMENT CONFERENCE; PROPOSED ORDER** |

Plaintiff Platypus Wear, Inc. has been informed by the Court's ADR Department that the initial neutral selected was unable to complete the mediation, and that a replacement neutral has been difficult to identify, perhaps due to the deadline currently established for completion. Accordingly, the parties were requested to and do seek a 60 day extension from June 17, 2008 to August 14, 2008 for completion of mediation. The next case management conference is also scheduled for June 17, 2008, under the assumption that the ADR conference would have been then completed. The Court may wish to extend that date as a consequence.

DATED: April 17, 2008

Respectfully submitted,

TOWNSEND AND TOWNSEND AND CREW LLP

By: /s/ Gregory S. Gilchrist
Gregory S. Gilchrist

Attorneys for Plaintiff
PLATYPUS WEAR, INC.

DATED: April 17, 2008

COHON & POLLAK, LLP

By: /s/ Jeffrey M. Cohon
Jeffrey M. Cohon

Attorneys for Defendant
BAD BOYS BAIL BONDS, INC.

## ORDER

Good cause appearing, it is ordered that the parties complete mediation under the Court's ADR program by August 14, 2008. The Case Management Conference scheduled for June 17, 2008 is cancelled. The Case Management Conference is rescheduled for August __, 2008; the parties' joint statement is due on August __, 2008.

Hon. Elizabeth D. Laporte
UNITED STATES DISTRICT COURT