1  TOWNSEND AND TOWNSEND AND CREW LLP
   GREGORY S. GILCHRIST (State Bar No. 111536)
2  MEGAN M. CHUNG (State Bar No. 232044)
   Two Embarcadero Center, 8th Floor
3  San Francisco, California 94111
   Telephone: 415.576.0200
4  Facsimile: 415.576.0300
   Email: gsgilchrist@townsend.com; mmchung@townsend.com
5
   KAREN B. KING (State Bar No. 167568)
6  501 West Broadway, Suite 2020
   San Diego, California 92101
7  Telephone: 619.702.2301
   Facsimile: 619.702.2401
8  Email: KKing@badboy.com

9  Attorneys for Plaintiff
   PLATYPUS WEAR, INC.
10

11
12                    UNITED STATES DISTRICT COURT
13                   NORTHERN DISTRICT OF CALIFORNIA
14                      SAN FRANCISCO DIVISION

15 | PLATYPUS WEAR, INC.,              | Case No.  C 07 4628 EDL
16 | a Nevada corporation,             |
   |                                   | **STIPULATED APPLICATION TO**
17 |                Plaintiff,         | **CONTINUE ADR CONFERENCE AND**
   |                                   | **CASE MANAGEMENT CONFERENCE;**
18 |        v.                         | ~~PROPOSED~~ **ORDER**
19 | BAD BOYS BAIL BONDS, INC.,        |
   | a California corporation,         |
20 |                Defendant.         |
21

Plaintiff Platypus Wear, Inc. has been informed by the Court's ADR Department that the initial neutral selected was unable to complete the mediation, and that a replacement neutral has been difficult to identify, perhaps due to the deadline currently established for completion. Accordingly, the parties were requested to and do seek a 60 day extension from June 17, 2008 to August 14, 2008 for completion of mediation. The next case management conference is also scheduled for June 17, 2008, under the assumption that the ADR conference would have been then completed. The Court may wish to extend that date as a consequence.

DATED: April 17, 2008          Respectfully submitted,

                                 TOWNSEND AND TOWNSEND AND CREW LLP


                                 By: /s/ Gregory S. Gilchrist
                                      Gregory S. Gilchrist

                                 Attorneys for Plaintiff
                                 PLATYPUS WEAR, INC.

DATED: April 17, 2008          COHON & POLLAK, LLP

                                 By: /s/ Jeffrey M. Cohon
                                      Jeffrey M. Cohon

                                 Attorneys for Defendant
                                 BAD BOYS BAIL BONDS, INC.

## ORDER

Good cause appearing, it is ordered that the parties complete mediation under the Court's ADR program by August 14, 2008. The Case Management Conference scheduled for June 17, 2008 is cancelled. The Case Management Conference is rescheduled for August 19, 2008; the parties' joint statement is due on August 12, 2008.

Dated: April 21, 2008

_____
Hon. Elizabeth D. Laporte
UNITED STATES DISTRICT COURT

*IT IS SO ORDERED — Judge Elizabeth D. Laporte*

61343921 v1

STIPULATED APPLICATION TO CONTINUE ADR
CONFERENCE AND CASE MANAGEMENT
CONFERENCE                                                                                  Case No. C 07 4628 EDL