| | |
|---|---|
| 1 | TOWNSEND AND TOWNSEND AND CREW LLP |
| | GREGORY S. GILCHRIST (SBN 111536) |
| 2 | MEGAN M. CHUNG (SBN 232044) |
| | Two Embarcadero Center, 8th Floor |
| 3 | San Francisco, California 94111 |
| | Telephone: (415) 576-0200 |
| 4 | Facsimile: (415) 576-0300 |
| | Email: gsgilchrist@townsend.com |
| 5 |       mmchung@townsend.com |
| 6 | KAREN B. KING (SBN 167568) |
| | 501 West Broadway, Suite 2020 |
| 7 | San Diego, California 92101 |
| | Telephone: (619) 702-2301 |
| 8 | Facsimile: (619) 702-2401 |
| | Email: KKing@badboy.com |
| 9 | |
| | Attorneys for Plaintiff |
| 10 | PLATYPUS WEAR, INC. |

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| 16 | PLATYPUS WEAR, INC., a Nevada corporation, | Case No.   C 07 4628 EDL |
| 17 | | |
| | Plaintiff, | **NOTICE OF APPEARANCE OF MEGAN M. CHUNG** |
| 18 | | |
| | v. | |
| 19 | | |
| 20 | BAD BOYS BAIL BONDS, INC., a California corporation, | |
| 21 | Defendant. | |

NOTICE OF APPEARANCE OF MEGAN M. CHUNG
Case No. C 07 4628 EDL

1  PLEASE ENTER the appearance of Megan M. Chung, Esq. of the law firm of Townsend and
2
3  Townsend and Crew LLP, Two Embarcadero Center, 8th Floor, San Francisco, CA 94111-3834 on
4  behalf of Plaintiff Platypus Wear, Inc. in the above-referenced matter.

5  DATED: May 1, 2008                    Respectfully submitted,

6                                         TOWNSEND AND TOWNSEND AND CREW LLP

7

8                                         By: /s/ Megan M. Chung
9                                            Megan M. Chung

10                                           Attorneys for Plaintiff
                                             PLATYPUS WEAR, INC.
11

12
    61357222 v1
13