TOWNSEND AND TOWNSEND AND CREW LLP
GREGORY S. GILCHRIST (State Bar No. 111536)
MEGAN M. CHUNG (State Bar No. 232044)
Two Embarcadero Center, 8th Floor
San Francisco, California 94111
Telephone: 415.576.0200
Facsimile: 415.576.0300
Email: gsgilchrist@townsend.com; mmchung@townsend.com

KAREN B. KING (State Bar No. 167568)
501 West Broadway, Suite 2020
San Diego, California 92101
Telephone: 619.702.2301
Facsimile: 619.702.2401
Email: KKing@badboy.com

Attorneys for Plaintiff
PLATYPUS WEAR, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| PLATYPUS WEAR, INC.,<br>a Nevada corporation,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>BAD BOYS BAIL BONDS, INC.,<br>a California corporation,<br><br>　　　　　　Defendant. | Case No.   C 07 4628 EDL<br><br>**STIPULATION AND DECLARATION REQUESTING AN ORDER CHANGING DEADLINES IN THE CASE MANAGEMENT ORDER**<br> AND ORDER THEREON |

The parties have stipulated and hereby request for changes to the deadlines in the case management order (Dkt. No. 14) to allow the parties to finalize a settlement agreement and accommodate a personal emergency for defendant's counsel. The parties declare the following pursuant to Civil Local Rule 6-2: This is the parties' first request for changes to the case management order. This request is based on the fact that the parties tentatively came to a settlement at the court sponsored ADR (mediation) held on June 20, 2008. Since then, the parties have been working to finalize the settlement agreement but have been hindered because the defendant's principal has been traveling overseas in China since the mediation. In order to save judicial resources and to allow the parties to focus on settlement and expeditious resolution of this case, the parties hereby request changes to the deadlines in the case management order as set forth below.

The parties have agreed to the following exceptions to the fact discovery deadline of July 3, 2008:

- Defendant's noticed 30(b)(6) deposition will occur on July 10, 2008.
- Defendant's responses to the Plaintiff's pending requests for production and interrogatories will be due on July 25, 2008.
- Plaintiff's responses to the Defendant's pending requests for productions, admissions and interrogatories will be due on July 25, 2008.
- Plaintiff shall, by July 3, 2008, provide specific dates for the previously noticed depositions of Jeff Stanley, George Wallace, Cindy Stanley, Brian O'Hara and Defendant's 30(b)(6) witness. The depositions all shall occur prior to August 8, 2008.

In view of these requested changes, the parties have also stipulated to continue the following deadlines:

- Initial expert disclosure from July 28, 2008, to October 3, 2008.
- Rebuttal expert disclosure from August 15, 2008, to October 17, 2008.
- Expert discovery deadline from August 29, 2008, to October 31, 2008.
- Last day to hear dispositive motion from September 16, 2008, to November 18, 2008.

A case management conference is currently scheduled for August 19, 2008. Unless the case is settled, the parties shall propose any additional changes to the pretrial and trial schedule in their joint

1 | case management statement due on August 12, 2008.

2 |   The parties hope to finalize their settlement. Accordingly, the parties respectfully ask that the
3 | Court adopt the requested changes to the case management deadlines.

6 | DATED: July 1, 2008     TOWNSEND AND TOWNSEND AND CREW LLP

9 | By: */s/ Gregory S. Gilchrist*
   Gregory S. Gilchrist
   Megan M. Chung

Attorneys for Plaintiff
PLATYPUS WEAR, INC.

14 | DATED: July 1, 2008     COHON & POLLAK, LLP

16 | By: /s/ Jeffrey M. Cohon
   Jeffrey M. Cohon
   Kristina S. Keller

Attorneys for Defendant
BAD BOYS BAIL BONDS, INC.

**PURSUANT TO STIPULATION, IT IS SO ORDERED**.

DATED: July __2__, 2008

        Hon. Elizabeth D. Laporte
        UNITED STATES MAGISTRATE JUDGE

61413900 v1