1  TOWNSEND AND TOWNSEND AND CREW LLP
   GREGORY S. GILCHRIST (State Bar No. 111536)
2  MEGAN M. CHUNG (State Bar No. 232044)
   Two Embarcadero Center, 8th Floor
3  San Francisco, California  94111
   Telephone: 415.576.0200
4  Facsimile: 415.576.0300
   Email:  gsgilchrist@townsend.com; mmchung@townsend.com
5
   KAREN B. KING (State Bar No. 167568)
6  501 West Broadway, Suite 2020
   San Diego, California  92101
7  Telephone:  619.702.2301
   Facsimile:  619.702.2401
8  Email:  KKing@badboy.com

9  Attorneys for Plaintiff
   PLATYPUS WEAR, INC.
10

11
12                       UNITED STATES DISTRICT COURT
13                       NORTHERN DISTRICT OF CALIFORNIA
14                           SAN FRANCISCO DIVISION

15 | PLATYPUS WEAR, INC., | Case No.   C 07 4628 EDL
16 | a Nevada corporation, |
   |                      | **NOTICE OF VOLUNTARY DISMISSAL**
17 |         Plaintiff,   | **PURSUANT TO FED. R. CIV. P.**
   |                      | **41(a)(1)((A)(ii)**
18 |         v.           |
19 | BAD BOYS BAIL BONDS, INC., |
   | a California corporation,  |
20 |                      |
   |         Defendant.   |
21

The parties have stipulated to a dismissal of the above captioned case pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Accordingly, Plaintiff Platypus Wear, Inc. hereby voluntarily dismisses this action as to Defendant Bad Boys Bail Bonds, Inc., both parties to bear their own costs. Attorneys fees are to be borne as provided by agreement of the parties.

DATED: August 19, 2008    TOWNSEND AND TOWNSEND AND CREW LLP

By: /s/ *Gregory S. Gilchrist*
Gregory S. Gilchrist
Megan M. Chung

Attorneys for Plaintiff
PLATYPUS WEAR, INC.

DATED: August 19, 2008    COHON & POLLAK, LLP

By: /s/ *Jeffrey M. Cohon*
Jeffrey M. Cohon
Kristina S. Keller

Attorneys for Defendant
BAD BOYS BAIL BONDS, INC.

61446526 v1