```
FILED
AUG 2 0 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
```

# UNITED STATES DISTRICT COURT

## Northern District of California

| | |
|---|---|
| Platypus Wear, Inc., | No. C 07-04628 EDL MED |
| Plaintiff(s), | **Certification of ADR Session** |
| v. | |
| Bad Boys Bail Bonds, Inc., | |
| Defendant(s). | |

*Instructions*: The neutral shall submit this Certification to the ADR unit within 10 days after completing an ADR Session. The ADR unit will file-stamp the Certification and place it in the court file.

1. I hereby certify that the parties in this matter held a ☒ Mediation or ☐ ENE session on (date) __6/20/08__

2. Did the case settle?   ☒ fully   ☐ partially   ☐ no

3. If the case did not settle fully, is any follow-up contemplated?

   ☐ another session scheduled for (date) _____

   ☐ phone discussions expected by (date) _____

   ☐ no

4. **IS THIS ADR PROCESS COMPLETED?**   ☒ YES   ☐ NO

Dated: __7/15/08__    _____
**Mediator**
**Stephen H. Sulmeyer, J.D., Ph.D.**
Mediation Offices of Stephen H.
Sulmeyer, J.D., Ph.D.
100 Tamal Plaza, Suite 170
Corte Madera, CA 94925

**Certification of ADR Session**
07-04628 EDL MED